Cesar ROMERO, Petitioner—Appellant,

v.

Linda SANDERS, Respondent—
Appellee.

No. 10–56249.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 5, 2011.

Cesar Romero, Lompoc, CA, pro se.

Margaret L. Carter, Allen W. Chiu, Office of the U.S. Attorney, Los Angeles, CA, for Respondent–Appellee.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Cesar Romero appeals pro se from the district court's judgment denying his 28 U.S.C. § 2241 petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Romero contends that, as part of his plea bargain, the government promised that time served as part of a state sentence prior to being sentenced in federal court would be credited toward his federal

sentence. This contention is not supported by the record.

AFFIRMED.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

